UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| JOHN ROLLINS, JR. | ) | |
| | ) | |
| v. | ) | 1:07-cv-300/1:01-cr-232 |
| | ) | *Chief Judge Curtis L. Collier* |
| UNITED STATES OF AMERICA | ) | |

## ORDER

On June 13, 2008, this Court entered a memorandum and order in John Rollins ("Rollins") criminal case dismissing his § 2255 motion as time-barred (Court File No. 23). Rollins subsequently filed a motion for reconsideration on or about June 30, 2008 (Court File No. 24), which the Court denied on July 7, 2008 (Court File No. 25).

Presently before the Court is Rollins' *pro se* motion for a certificate of appealability. The Court denied Rollins a certificate of appealability when it denied his § 2255 motion (Court File No. 23). Accordingly, Rollins motion for a certificate of appealability is hereby **DENIED** as **MOOT** for the reasons expressed by the Court in its final judgment order of June 13, 2008 (Court File No. 26). The Clerk of Court is **DIRECTED** to transmit a certified copy of this order to the United State Court of Appeals for the Sixth Circuit.

SO ORDERED.

ENTER:

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**